IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  9:14-CV-81403-ROSENBERG

KIMBERLY PATRIE, as the Prospective
Personal Representative of the
ESTATE OF ERIC PATRIE, Decedent

     Plaintiff,

vs.

UNITED TECHNOLOGIES CORPORATION
Pratt & Whitney Group, a Connecticut corporation

     Defendant.
_____/

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UNITED TECHNOLOGIES CORPORATION ("UTC"), Pratt & Whitney Group certifies that Pratt & Whitney is a division of UTC.  UTC is a corporation organized under the laws of Delaware, with its principal place of business in Connecticut.  UTC is a publicly traded company on the New York Stock Exchange [NYSE: UTX].  State Street Corporation, together with its wholly-owned subsidiary, State Street Bank & Trust Company, owns more than 10% of UTC's stock in a fiduciary capacity.

Dated: November 20, 2014

Respectfully submitted,

GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401
Telephone:  561-655-1980
Facsimile: 561-655-5677
Attorneys for Pratt &Whitney

By:     s/Gregor J. Schwinghammer, Jr.
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com
G. JOSEPH CURLEY
Florida Bar No. 571873
jcurley@gunster.com
FABIENNE E. FAHNESTOCK
Florida Bar No. 0145483
ffahnestock@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Gregor J. Schwinghammer, Jr.
Gregor J. Schwinghammer, Jr.

**SERVICE LIST**
**Patrie v. Pratt & Whitney, et al.**
**Case No. 9:14-CV-81403-ROSENBERG**

Jack Scarola, Esq.
Mara Hatfield, Esq.
Searcy Denney Scarola
  Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone: 561-686-6300
Facsimile: 561-383-9451
E-Mail: jsx@searcylaw.com;
mrh@searcylaw.com; dtm@searcylaw.com
*Attorneys for Plaintiff*

FTL_ACTIVE 4528990.1